# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 02, 2008

Douglas E. Cressler
Chief Deputy Clerk

Federal Aviation Administration
Office of Chief Counsel
800 Independence, Ave. S.W.
Washington, DC 20591-0000

Mr. Clifford R. Magee
P.O. Box 701800
Tulsa, OK 74170-1800

Agnes M. Rodriguez
Ofc. of the Chief Counsel, AGC-300
Enforcement Divsion
800 Independence Avenue, SW
Washington, DC 20591-0000

**RE:** **07-9526, Simmons v. Sturgell**
Dist/Ag docket: EA-5275

Dear Counsel:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: